**FILED**

JUL 2 9 2009

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

James B. Crawford,

        Petitioner,

v.

D.B. Drew, Warden, et al.

        Respondents.

Civil Action No. **09 1411**

## FINAL ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby

ORDERED that this case is DISMISSED for lack of jurisdiction. This is a final

appealable Order. *See* Rule 4(a), Fed. R. App. P.

Date: 7/27/09

United States District Judge

4